JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
WADE RHYNE (CABN 216799)
Assistant United States Attorneys

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MEHRDAD HAKIMIAN and )<br>EMMA DEGUZMAN, )<br>)<br>    Defendants. )<br>)<br>_____ ) | No. CR 09-00021 DLJ<br><br><br>STIPULATION TO POSTPONE<br>ARRAIGNMENT ON SUPERSEDING<br>INDICTMENT TO FEBRUARY 12, 2010;<br>**ORDER** |

      The parties, though counsel of record, hereby stipulate and agree, with the consent of the Court, that the arraignment of the defendants on the charges contained in the captioned superseding indictment filed on January 14, 2010, will take place on February 12, 2010 at the pretrial conference.  The defendants are aware of the charges having reviewed the superseding indictment and the attached penalty sheets.  Further, the defendants understand that the conditions of their pretrial release remain in effect.

      The defendants agree that the continuance of their first appearance on the charges contained in the superseding indictment will not impact the February 16, 2010 trial date and

STIPULATION TO POSTPONE ARRAIGNMENT
CR-09-00021 DLJ

1  further agree that the trial may commence less than thirty days from the date on which the
2  defendants first appear. *See* 18 U.S.C. § 3161(c)(2) ("Unless the defendant consents in writing to
3  the contrary, the trial shall not commence less than thirty days from the date on which the
4  defendant first appears through counsel...".)

So Stipulated.

DATED:     January 25, 2010

/s/
_____
MEHRDAD HAKIMIAN

/s/
_____
WILLIAM OSTERHOUDT
Attorney for MEHRDAD HAKIMIAN

DATED:     January 25, 2010

/s/
_____
EMMA DEGUZMAN

/s/
_____
ZENIA GILG
Attorney for EMMA DEGUZMAN

DATED:     January 25, 2010

/s/
_____
STEPHEN G. CORRIGAN
Assistant United States Attorney

**SO ORDERED:**

DATED: January 26, 2010

_____
HON. D. LOWELL JENSEN
United States District Judge

STIPULATION TO POSTPONE ARRAIGNMENT
CR-09-00021 DLJ                              2