WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES T. OSTERHOUDT (SBN 215537)
Law Offices of William Osterhoudt
135 Belvedere Street
San Francisco, California 94117
Telephone (415) 664-4600
Facsimile (415) 664-4691
Email: osterhoudt@aol.com


Attorneys for Defendant,
MEHRDAD HAKIMIAN


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>MEHRDAD HAKIMIAN,<br><br>         Defendant. | **Case No. CR-09-00021 (DLJ)**<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**<br><br>**Date: July 2, 2010**<br>**Time: 10:00 a.m.**<br>**Dept.: Judge D. Lowell Jensen** |

Sentencing in this matter is presently scheduled for June 11, 2010 before the Honorable D. Lowell Jensen. At the defendant's request, the parties, Defendant Mehrdad Hakimian, by and through counsel William L. Osterhoudt, and Assistant United States Attorney Steve Corrigan hereby stipulate and agree to continue this sentencing date for a period of three weeks. The parties jointly request a new date of July 2, 2010 at 10:00 am, or as soon thereafter as is convenient for the Court.

---

Stipulation and [Proposed] Order to Continue Sentencing Date,
*United States v. Hakimian,* CR 09-00021 (DLJ)

1

SO STIPULATED.

Dated: May 28, 2010         /s/   William L. Osterhoudt
       WILLIAM OSTERHOUDT
       Attorney for Mehrdad Hakimian


Dated: May 28, 2010         /s/ _____
       STEPHEN CORRIGAN
       Assistant United States Attorney


The 6/11/2010 Sentencing date is vacated. Sentencing set for 7/2/2010 at 10:00AM before Judge D. Lowell Jensen.

IT IS SO ORDERED.

DATED: June 1, 2010         _____
       D. LOWELL JENSEN
       United States District Court Judge